Nathan V. Okelberry (SBN 266596)
    E-Mail: nokelberry@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

JS-6

Attorneys for Defendant
BEVERLY HILLS ACQUISITION LLC, a
Delaware limited liability company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>    Plaintiff,<br><br>    v.<br><br>BEVERLY HILLS ACQUISITION LLC, a Delaware limited liability corporation,<br><br>    Defendant. | Case No: CV 23-8332 FMO (SKx)<br><br>**ORDER ON STIPULATION [18] FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)]<br><br>Complaint Filed: October 8, 2023 |

    Based on the Joint Stipulation for Dismissal With Prejudice submitted by the parties herein and for good cause shown, this Court hereby dismisses with prejudice Plaintiff's in its entirety. Each of the parties herein shall bear their own respective attorney fees and costs.

    **IT IS SO ORDERED**.

DATED: May 31, 2024          By: /s/ Fernando M. Olguin
                                                        United States District Judge

**CERTIFICATE OF SERVICE**

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On May 31, 2024 I served the foregoing document entitled **[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| P. Kristofer Strojnik, Esq.<br>Esplanade Center III, Suite 700<br>2415 East Camelback Road<br>Phoenix, Arizona 85016 | *Attorneys for Plaintiff, Theresa Brooke*<br><br>Tel:     415-450-0100<br>E-mail:  pstrojnik@strojniklaw.com |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☐ **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with Attorney Service Name and Address .

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed May 31, 2024 at Los Angeles, California.

| Anh Tran | By: */s/ Anh Tran* |
|---|---|
| Print Name | Signature |

1
CERTIFICATE OF SERVICE

FP 50799926.1